IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS FRISBY, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 3:24-cv-00212-JJV |
| | * | |
| FRANK BISIGNANO, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

# ORDER

Plaintiff has moved for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 15.) The Commissioner has responded and does not object to the requested fees. (Doc. No. 17.) So, after careful consideration of the Motion and response, I find:

1. The hours spent by counsel were reasonable. Therefore, the Social Security Administration shall pay to Plaintiff attorney fees in the amount of $2,963.60 (6.80 attorney hours at $252 per hour, 12.5 paralegal hours at $100). Additionally, $405.00 shall be paid to Plaintiff from the Treasury's Judgment Fund.

2. The EAJA fee award is payable to Plaintiff and shall be mailed to Plaintiff's counsel but is subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 9th day of June 2025.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE